UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Jameca Bills, on behalf of**
**M.J.B., minor,**

    **Plaintiff,**            Case No. 2:18-cv-1554

    v.                    Judge Michael H. Watson

**Commissioner of Social Security,**     Magistrate Judge Vascura

    **Defendant.**

## ORDER

On August 20, 2019, Magistrate Judge Vascura, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Jameca Bills' ("Plaintiff") Complaint in this Social Security case. The R&R recommended affirming the decision of the Commissioner of Social Security. R&R 1, ECF No. 16.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 19. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. *Id.* at 19–20. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Plaintiff's statement of errors is **OVERRULED**, and the Commissioner's finding is **AFFIRMED**. The Clerk shall enter final judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**